UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

TAMMY ZOKAITIS, :
    Plaintiff, :
     :
v. : File No. 1:10-CV-00030-jgm
     :
MICHAEL J. ASTRUE, Commissioner, :
Social Security Administration, :
    Defendant. :

## ORDER

The Magistrate Judge's Report and Recommendation was filed October 28, 2010. (Doc. 16.) After de novo review and over objection, the Report and Recommendation is AFFIRMED, APPROVED and ADOPTED. See 28 U.S.C. § 636(b)(1).

The Plaintiff's Motion for Order Reversing the Decision of the Commissioner (Doc. 5) is DENIED. The Defendant's Motion for Order Affirming the Decision of the Commissioner (Doc. 11) is GRANTED. The Decision of the Commissioner of the Social Security Administration is hereby AFFIRMED.

SO ORDERED.

Dated at Brattleboro, in the District of Vermont, this 13th day of December, 2010.

                                              /s/ J. Garvan Murtha
                                              Honorable J. Garvan Murtha
                                              Senior United States District Judge